PER CURIAM.
Affirmed. See Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); Shaw v. Shaw, 334 So.2d 13 (Fla.1976); Urban v. Urban, 424 So.2d 22 (Fla. 3d DCA 1982); Pino v. Pino, 418 So.2d 311 (Fla. 3d DCA 1982); Kuvin v. Kuvin, 412 So.2d 900 (Fla. 3d DCA 1982); Vanderslice v. Vanderslice, 396 So.2d 1185 (Fla. 4th DCA 1981); Murray v. Murray, 374 So.2d 622 (Fla. 4th DCA 1979); Hausman v. Hausman, 330 So.2d 833 (Fla. 3d DCA 1976).